IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

DANNY DEAN ALLEN,

      Appellant,

v.

                                        Case No.  5D22-1516
                                        LT Case No. 2014-CF-001245

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed April 4, 2023

3.850 Appeal from the Circuit Court
for Putnam County,
Howard O. McGillin, Jr., Judge.

Danny Dean Allen, East Palatka, pro
se.

Ashley Moody, Attorney General,
Tallahassee, and Kaylee D. Tatman,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

      AFFIRMED.


LAMBERT, C.J., EDWARDS and HARRIS, JJ., concur.